UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORIS E. AYERS,

Plaintiff,

vs.  Case No. 8:03-cv-2444-T-MSS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of Plaintiff's counsel's Motion for Attorney's Fees Under the Equal Access to Justice Act (Dkt. 15). Plaintiff's counsel requests an award of attorney's fees in the amount of $1,982.26, calculated at varying rates for 13.75 hours of work in this case, as well as $150.00 for filing costs. Specifically, Plaintiff's counsel seeks reimbursement at several different rates based on cost of living increases: $142.34 per hour for 4.25 hours expended in October 2003, totaling $604.95; $143.63 per hour for 7.00 hours expended in March 2004, totaling $1005.41; and $148.76 per hour for 2.50 hours expended in March 2005, totaling $371.90. Defendant failed to file an objection to the requested payment within the time allotted.

The Court, upon a review of Plaintiff's Motion for Attorney's Fees, finds that the attorney's fees and costs requested are reasonable and justified.

Accordingly, Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Dkt. 15) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $1,982.26 and costs in the amount of $150.00.

**DONE and ORDERED** in Tampa, Florida this 14th day of July 2005.

Mary S. Scriven
United States Magistrate Judge

Copies furnished to:

Counsel of Record